**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST CO., N.A. as Trustee on Behalf of CWABS Assett-Backed Certificates Trust 2007-2<br>  Plaintiff,<br><br>v.<br><br>WAYNE BRAGG & PAMELA BRAGG,<br>  Defendants. | § § § § § § § § § § §   Civil Action No. 3:15-CV-1766-N-BK |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Findings, Conclusions, and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**SO ORDERED** this 10th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE